UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FAIR HOUSING JUSTICE CENTER, INC.,

                              Plaintiffs,

          -against-

LIGHTHOUSE LIVING, LLC et. al.,

                              Defendant.

-----------------------------------------------------------------X

20-CV-04066 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than October 15, 2023, providing the Court with an update on the status of the case including an update on the status of settlement discussions.

      **SO ORDERED.**

DATED:    White Plains, New York
                 June 26, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge